```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      JUN 3 0 2008

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VINCENT GUTIERREZ, ) | NO. CV 07-4434 GHK (FMO) |
| Petitioner, ) | |
| v. ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| TOM FELKER, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: _____6/30_____, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE