FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VINCENT GUTIERREZ, | NO. CV 07-4434 GHK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TOM FELKER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: __6/30__, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE